IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED IN OPEN COURT
JUL 20 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | UNDER SEAL |
| | ) | |
| v. | ) | CRIMINAL NO. 2:16cr 100 |
| | ) | |
| BRANDON MATTHEW FLORIN, | ) | 18 U.S.C. § 2252(a)(2) |
| | ) | Receipt of Images of Minors |
| Defendant, | ) | Engaging in Sexually Explicit Conduct |
| | ) | (Counts 1-5) |
| | ) | |
| | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | Possession of Images of Minors |
| | ) | Engaging in Sexually Explicit Conduct |
| | ) | (Counts 6-7) |
| | ) | |
| | ) | 18 U.S.C. § 2253 |
| | ) | Criminal Forfeiture |

## INDICTMENT

July 2016 Term -- At Norfolk, Virginia

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about August 4, 2012, in Virginia Beach, within Virginia Beach, within the Eastern District of Virginia, and elsewhere, defendant BRANDON MATTHEW FLORIN did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, that is: BRANDON MATTHEW FLORIN received a visual depiction bearing the file name "(PTHC) Kelly 8Yo 9Yo – Only Trying.wmv."

(In violation of Title 18, United States Code, Section 2252(a)(2).)

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 12, 2012, in Virginia Beach, within Virginia Beach, within the Eastern District of Virginia, and elsewhere, defendant BRANDON MATTHEW FLORIN did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, that is: BRANDON MATTHEW FLORIN received a visual depiction bearing the file name "(Lolita-sf-1man) AGO- Dad Fucks His 12Yr Daughter and Sperm Inside – [Pthc-R@Ygold][J] [00.05.55]."

(In violation of Title 18, United States Code, Section 2252(a)(2).)

## **COUNT THREE**

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 26, 2015, in Virginia Beach, within Virginia Beach, within the Eastern District of Virginia, and elsewhere, defendant BRANDON MATTHEW FLORIN did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, that is: BRANDON MATTHEW FLORIN received a visual depiction bearing the file name "Ptsc 3Yo Charlene Tonguefuking My Toddler Girls Cunny Her 1St Pp Orgasm Relief,Pagan,Witch, Nudist,Child Vagina Penis Love Religion Pthc.avi."

(In violation of Title 18, United States Code, Section 2252(a)(2).)

## **COUNT FOUR**

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 23, 2016, in Virginia Beach, within Virginia Beach, within the Eastern District of Virginia, and elsewhere, defendant BRANDON MATTHEW FLORIN did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, that is: BRANDON MATTHEW FLORIN received a visual depiction bearing the file name "Pthc 2015 9yo Sofia 3.08.14.avi."

(In violation of Title 18, United States Code, Section 2252(a)(2).)

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 4, 2016, in Virginia Beach, within Virginia Beach, within the Eastern District of Virginia, and elsewhere, defendant BRANDON MATTHEW FLORIN did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, that is: BRANDON MATTHEW FLORIN received a visual depiction bearing the file name "13YO Br Girl-Sucks And Fucks Her 9Yo Brother While 11Yo Br Sister Watches (Russian Incest).avi."

(In violation of Title 18, United States Code, Section 2252(a)(2).)

## COUNT SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 6, 2016, in Virginia Beach, within the Eastern District of Virginia, defendant BRANDON MATTHEW FLORIN did knowingly possess one or more matters, that is an Asus laptop (Model N80V) and the hard drive contained therein, both of which were manufactured outside of the Commonwealth of Virginia, which contained visual depictions that had been mailed, and had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been so mailed, shipped, and transported, by any means including by computer, and the production of such visual depictions involved the use of minors, including prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct, and such visual depictions are of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B).)

## **COUNT SEVEN**

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 6, 2016, in Virginia Beach, within the Eastern District of Virginia, defendant BRANDON MATTHEW FLORIN did knowingly possess one or more matters, that is an Asus laptop (Model A55V) and the hard drive contained therein, both of which were manufactured outside of the Commonwealth of Virginia, which contained visual depictions that had been mailed, and had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been so mailed, shipped, and transported, by any means including by computer, and the production of such visual depictions involved the use of minors, including prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct, and such visual depictions are of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B).)

## **CRIMINAL FORFEITURE**

THE GRAND JURY FINDS PROBABLE CAUSE THAT:

A.    Defendant BRANDON MATTHEW FLORIN, upon conviction of one or more counts in this Indictment, as part of the sentencing of the defendant pursuant to Fed.R.Crim.P. 32.2, shall forfeit to the United States:

    1. Any and all matter which contains child pornography or any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 produced, transported, mailed, shipped, distributed or received in violation of Title 18, United States Code, Section 2251 *et seq.*;

    2. Any and all property, real and personal, used or intended to be used in any manner or part to commit or to promote the commission of violations of Title 18, United States Code, Section 2251 *et seq.*, and any property traceable to such property;

    3. Any and all property, real and personal, constituting, derived from, or traceable to gross profits or other proceeds obtained from the violations of Title 18, United States Code, Section 2251 *et seq.*; and

    4. Any other property of the defendant, up to the value of the property subject to forfeiture, if any property subject to forfeiture, as a result of any act or omission of the defendant (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty.

B.      The property subject to forfeiture under Paragraph A includes, but is not limited to, the following items seized in or around April 2016:

1. One (1) Asus laptop (Model N80V) and the hard drive contained therein.

2. One (1) Asus laptop (Model A55V) and the hard drive contained therein.

(All pursuant to Title 18, United States Code, Sections 2253 and Title 21, United States Code, Section 853(p).)

*United States v.* BRANDON MATTHEW FLORIN
2:16CR 100

**Sealed Pursuant to the E-Government Act of 2002**

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Elizabeth Yusi
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: (757) 441-6331
Fax Number: (757) 441-6689
E-Mail Address: Elizabeth.Yusi@usdoj.gov